<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3204**

---

NATHANIEL HUNTER,

Plaintiff - Appellant,

versus

CROUCH CONSTRUCTION COMPANY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (CA-94-3485-3-17BD)

---

Submitted:  May 14, 1996

Decided:  July 3, 1996

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nathaniel Hunter, Appellant Pro Se.  David Eugene Dubberly, Kenneth Lendren Childs, Geoffrey Ross Bonham, CHILDS & DUFF, P.A., Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for reconsideration of the court's earlier order adopting the magistrate judge's recommendation to deny relief in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hunter v. Crouch Construction Co.</u>, No. CA-94-3485-3-17BD (D.S.C. Dec. 7, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2